UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIRGIN RECORDS INC., et al., | ) | |
| Plaintiff(s), | ) | No. C 06-5391 BZ |
| v. | ) | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |
| JOHN DOE, | ) | |
| Defendant(s). | ) | |

Before me is plaintiffs' motion for leave to take immediate discovery. In support of their motion, plaintiffs have submitted the declaration of Jonathan Whitehead, Senior Vice President of Online Copyright Protection for the Recording Industry Association of America, Inc. ("RIAA"). In light of the privacy interests implicated, Mr. Whitehead's declaration is insufficient to justify granting plaintiffs' motion. For example, nowhere in his declaration does he state the basis for his personal knowledge. Furthermore, the "screen shots" attached as Exhibit 1 to his declaration establish only that the user, Babygurl19@KaZaA, might be infringing plaintiffs' copyrights. Missing is any link

1

1 | between the username on the screen shots and the IP address
2 | listed in Exhibit A to the complaint, which is an unsworn
3 | document.  **IT IS THEREFORE ORDERED** that plaintiffs' motion for
4 | leave to take immediate discovery is **DENIED without prejudice**
5 | to being re-newed should plaintiffs submit a sufficient
6 | supplemental declaration.

Dated:   September 26, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\VIRGIN RECORDS\DENY.EXP.DISC.ORD.wpd

2